**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
290 W. Mt. Pleasant Ave.
Livingston, NJ 07039
(973) 533-1000
David L. Isabel, Esq. (039551993)
disabel@tisslaw.com
Juliana Canevascini (409912022)
jcanevascini@tisslaw.com
Erin Duffin, Esq. (437592024)
eduffin@tisslaw.com
*Attorneys for Petitioner*
*Qwest Corporation d/b/a CenturyLink QC*

**AEGIS LAW GROUP LLP**
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 737-3500
Michael K. Ross, Esq.
mross@aegislawgroup.com
Paul C. Rauser, Esq.
prauser@aegislawgroup.com
*Pro hac vice pending*
*Attorneys for Petitioner*
*Verizon Communications Inc.*

**PAUL HASTINGS LLP**
2050 M Street, NW
Washington, DC 20036
(202) 551-1700
Brian D. Israel, Esq.
brianisrael@paulhastings.com
Dylan J. Crosby, Esq.
dylancrosby@paulhastings.com
*Pro hac vice pending*
*Attorneys for Petitioners*
*AT&T Teleholdings, Inc., AT&T Inc., and*
*AT&T DW Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AT&T TELEHOLDINGS, INC.; AT&T INC.; AT&T DW HOLDINGS, INC., AS SUCCESSOR TO BELLSOUTH CORPORATION; VERIZON COMMUNICATIONS INC.; and QWEST CORPORATION D/B/A CENTURYLINK QC,<br>Petitioners,<br><br>- against -<br><br>NOKIA OF AMERICA CORPORATION,<br>Respondent. | CIVIL ACTION NO.:<br><br>**PETITION TO CONFIRM ARBITRATION AWARD** |

Petitioners AT&T Teleholdings, Inc., AT&T Inc., AT&T DW Holdings, Inc. (as successor to BellSouth Corporation), Verizon Communications Inc., and Qwest Corporation d/b/a CenturyLink QC (collectively, "Petitioners"), by and through their undersigned attorneys, respectfully petition this Court for an Order confirming the Final Award issued on August 17, 2026, in the arbitration styled *Nokia of America Corporation v. AT&T Teleholdings, Inc., et al.*, pursuant to Section 9 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9, and in support thereof state as follows:

**JURISDICTION AND VENUE**

1. This Court has subject-matter jurisdiction over this matter pursuant to the Federal Arbitration Act, 9 U.S.C. §§2, 9.

2. Alternatively and independently, this Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a).

3. Venue is proper in the District of New Jersey since the arbitration was conducted in New Jersey and the Arbitration Agreement does not specify a particular court for confirmation of the award.

**PARTIES**

4. Petitioners AT&T Teleholdings, Inc., AT&T Inc., AT&T DW Holdings, Inc. (as successor to BellSouth Corporation) ("AT&T") are headquartered in Dallas, Texas.

5. Petitioner Verizon Communications Inc. ("Verizon") is headquartered in New York, New York.

6. Petitioner Qwest Corporation ("Qwest") doing business as CenturyLink QC is headquartered in Denver, Colorado.

7. Respondent Nokia of America Corporation ("Respondent" or "Nokia") is headquartered in Murray Hill, New Jersey.

8. Complete diversity of citizenship exists between Petitioners and Respondent.

9. Both the arbitration claims of Respondent and the arbitration counterclaims of Petitioners each involve an amount in controversy exceeding the sum or value of $75,000, exclusive of interest and costs. *See* Exhibit B (Declaration of David L. Isabel) ¶ 7.

## BACKGROUND

10. This proceeding arises from a binding arbitration among Petitioners and Respondent.

11. As reflected in the Final Award attached as Exhibit A[1] to this Petition, on or about May 8, 2023, the parties entered into an Arbitration Agreement. *See also* Ex. B ¶ 3.

12. That Arbitration Agreement provides that "[j]udgment on the award may be entered in any court having competent jurisdiction." *Id.* ¶ 4.

13. As noted in the Final Award, on or about December 18, 2024, the parties entered into an Amendment to the Arbitration Agreement (the "Amendment"). *Id.* ¶ 5.

14. The Amendment provides that "[i]n the event that a Party wishes to enter a judgment on such award, only the final award (instead of the reasoned opinion) may be entered in a court of competent jurisdiction. *Id.* ¶ 6.

[1] It is undisputed between the parties that the Final Award that is the subject of this Petition was made by a duly appointed arbitration panel pursuant to the May 8, 2023, Passaic River Matters Confidential Arbitration Agreement (as amended on December 18, 2024) between Petitioners and Respondent. Petitioners are prepared to introduce further evidence as to the existence of an Arbitration Agreement and a validly appointed arbitration panel should the Court require it.

**THE AWARD**

15. On August 17, 2026, the arbitration panel, consisting of the Honorable Robert P. Contillo, P.J. Ch. (ret.) (Chair), the Honorable Patricia K. Costello, A.J.S.C. (ret.), and Edna Sussman, Esq., issued a Final Award resolving all claims submitted in the arbitration. *See* Ex. A.

16. The Final Award provides as follows:

a. Nokia's affirmative claim against Petitioners is denied in its entirety;

b. Petitioners' counterclaim against Nokia is denied in its entirety;

c. Pursuant to Section 3(d) of the Arbitration Agreement, each Party shall bear its own attorneys' fees, and all JAMS administrative and arbitrator fees and costs shall be borne 50% by Nokia and 50% by Petitioners;

d. Except as expressly awarded therein, all claims, counterclaims, affirmative defenses, requests for relief, and motions not specifically granted are denied; and

e. The Award is intended to be a Final Award resolving all Claims submitted in the arbitration.

*See id.*

17. Petitioners seek confirmation of the Final Award in its entirety to establish the finality of the arbitration and to prevent any further litigation of the claims and counterclaims resolved therein.

18. The Final Award was issued on August 17, 2026. This Petition is filed within one (1) year of the date the award was made, as required by 9 U.S.C. § 9.

19. A brief is unnecessary in light of the straightforward facts of this case and the clear authority of this Court to confirm arbitration awards.

**WHEREFORE**, Petitioners respectfully move this Court to enter an order confirming said award, directing that judgment be entered thereon and awarding such other relief as this Court may deem equitable and just.

Dated: August 28, 2026

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**

By: ____________________

David L. Isabel (NJ Atty. Reg. No. 039551993)
disabel@tisslaw.com
Juliana Canevascini (NJ Atty. Reg. No. 409912022)
jcanevascini@tisslaw.com
Erin Duffin (NJ Atty. Reg. No. 437592024)
eduffin@tisslaw.com
290 W. Mt. Pleasant Ave.
Livingston, NJ 07039
(973) 533-1000
*Attorneys for Petitioner*
*Qwest Corporation d/b/a CenturyLink QC*

Dated: August 28, 2026

**PAUL HASTINGS LLP**

By: /s/ Brian Israel

Brian D. Israel (NY Atty. Reg. No.: 2784809)
brianisrael@paulhastings.com
Dylan J. Crosby (CA Atty. Reg. No.: 299536)
dylancrosby@paulhastings.com
2050 M Street, NW
Washington, DC 20036
(202) 551-1700
*Attorneys for Petitioners*
*AT&T Teleholdings, Inc., AT&T Inc., and AT&T DW Holdings, Inc.*

Dated: August 28, 2026

**AEGIS LAW GROUP LLP**

By: /s/ Paul Rauser
Michael K. Ross, Esq. (DC Bar No. 458573)
mross@aegislawgroup.com
Paul C. Rauser, Esq. (DC Bar No. 461722)
prauser@aegislawgroup.com
801 Pennsylvania Ave., N.W., Suite 740
Washington, DC 20004
(202) 737-3500
mross@aegislawgroup.com
prauser@aegislawgroup.com
*Attorneys for Petitioner*
*Verizon Communications Inc.*