**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
290 W. Mt. Pleasant Ave.
Livingston, NJ 07039
(973) 533-1000
David L. Isabel, Esq. (039551993)
disabel@tisslaw.com
Juliana Canevascini (409912022)
jcanevascini@tisslaw.com
Erin Duffin, Esq. (437592024)
eduffin@tisslaw.com
*Attorneys for Petitioner*
*Qwest Corporation d/b/a CenturyLink QC*

**PAUL HASTINGS LLP**
2050 M Street, NW
Washington, DC 20036
(202) 551-1700
Brian D. Israel, Esq.
brianisrael@paulhastings.com
Dylan J. Crosby, Esq.
dylancrosby@paulhastings.com
*Pro hac vice pending*
*Attorneys for Petitioners*
*AT&T Teleholdings, Inc., AT&T Inc., and*
*AT&T DW Holdings, Inc.*

**AEGIS LAW GROUP LLP**
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 737-3500
Michael K. Ross, Esq.
mross@aegislawgroup.com
Paul C. Rauser, Esq.
prauser@aegislawgroup.com
*Pro hac vice pending*
*Attorneys for Petitioner*
*Verizon Communications Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AT&T TELEHOLDINGS, INC.; AT&T INC.; AT&T DW HOLDINGS, INC., AS SUCCESSOR TO BELLSOUTH CORPORATION; VERIZON COMMUNICATIONS INC.; and QWEST CORPORATION D/B/A CENTURYLINK QC,<br><br>Petitioners,<br><br>- against –<br><br>NOKIA OF AMERICA CORPORATION,<br><br>Respondents. | CIVIL ACTION NO.: 2:26-cv-11143<br><br>**NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD** |

**TO:** *Attorneys for Respondent Nokia of America Corporation*
Chanwoo Park, Esq.
Nokia of America Corporation
600-700 Mountain Avenue
Murray Hill, NJ 07974

Steven M. Hecht, Esq.
Rolnick Kramer Securities Litigation LLP
1251 Avenue of the Americas
New York, New York 10020

**PLEASE TAKE NOTICE** that Petitioners AT&T Teleholdings, Inc.; AT&T Inc.; AT&T DW Holdings, Inc., as successor to BellSouth Corporation; Verizon Communications Inc.; and Qwest Corporation d/b/a CenturyLink QC (collectively "Petitioners"), by and through their undersigned counsel, will move before the United States District Court for the District of New Jersey, on September 21, 2026, or as soon thereafter as counsel may be heard, for an Order pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9: (1) confirming the Final Arbitration Award dated August 17, 2026, issued by the arbitration panel in the matter captioned *Nokia of America Corporation v. AT&T Teleholdings Inc., et al.*; and (2) directing the Clerk of the Court to enter judgment in accordance with the Final Arbitration Award; and

**PLEASE TAKE FURTHER NOTICE** that this motion is supported by the Petition to Confirm the Arbitration Award, Declaration of David Isabel, Esq., and Exhibits "A" to "B." A proposed form of order is also submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(d)(2), Respondent may file opposition papers with the Clerk of the Court at least fourteen (14) days prior to the original motion day, unless the Court otherwise orders, or an automatic extension is obtained pursuant to L. Civ. R. 7.1(d)(5);

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 78.1(b), Petitioners request oral argument if any opposition is filed.

Respectfully submitted

Dated: August 28, 2026

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**

By: [signature]

David L. Isabel (NJ Atty. Reg. No. 039551993)
disabel@tisslaw.com
Juliana Canevascini (NJ Atty. Reg. No. 409912022)
jcanevascini@tisslaw.com
Erin Duffin (NJ Atty. Reg. No. 437592024)
eduffin@tisslaw.com
290 W. Mt. Pleasant Ave.
Livingston, NJ 07039
(973) 533-1000
*Attorneys for Petitioner*
*Qwest Corporation d/b/a CenturyLink QC*

**PAUL HASTINGS LLP**

Dated: August 28, 2026

By: /s/ Brian Israel

Brian D. Israel (NY Atty. Reg. No.: 2784809)
brianisrael@paulhastings.com
Dylan J. Crosby (CA Atty. Reg. No.: 299536)
dylancrosby@paulhastings.com
2050 M Street, NW
Washington, DC 20036
(202) 551-1700
*Attorneys for Petitioners*
*AT&T Teleholdings, Inc., AT&T Inc., and AT&T DW Holdings, Inc.*

Dated: August 28, 2026

**AEGIS LAW GROUP LLP**

By: /s/ Paul Rauser
Michael K. Ross, Esq. (DC Bar No. 458573)
mross@aegislawgroup.com
Paul C. Rauser, Esq. (DC Bar No. 461722)
prauser@aegislawgroup.com
801 Pennsylvania Ave., N.W. Suite 740
Washington, DC 20004
(202) 737-3500
mross@aegislawgroup.com
prauser@aegislawgroup.com
*Attorneys for Petitioner*
*Verizon Communications Inc.*